# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                                          Case No. _____

__New Asian Supermarket Inc_____      Chapter **11**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **HO WAN FRUIT CO., Inc.**<br>55-30 46th Street<br>Maspeth, NY  11368 | | **Trade debt** | | 95,426.50 |
| **FOOD NATION**<br>47-05 Metropolitan Ave<br>Ridgewood, NY  11385 | | **Trade debt** | | 24,577.47 |
| **Chow Trading Co Inc**<br>5600 1st Ave, B-14<br>Brooklyn, NY  11220 | | **Trade debt** | | 23,218.78 |
| **Southeast Produce, Ltd(Usa)**<br>58-45 47th Street<br>Maspeth, NY  11378 | | **Trade debt** | | 21,463.50 |
| **ROYAL HUNAN SEAFOOD CORP.**<br>5 Greek Lane<br>Edison, NJ  08817 | | **Trade debt** | | 21,190.68 |
| **UNITED FRUIT & PRODUCE CORP INC.**<br>681 Morgan Ave<br>Brooklyn, NY  11222 | | **Trade debt** | | 21,060.00 |
| **China Buddist Association**<br>136-12 39 Avenue<br>Flushing, NY  11354 | | | | 21,000.00 |
| **Best Choice Produce Inc.**<br>307A Vandervoort Ave<br>Brooklyn, NY  11211 | | **Trade debt** | | 16,537.45 |
| **A.A. Diversified H.V.A.C. & R.Inc.**<br>172 Cook Street<br>Brooklyn, NY  11206 | | **Trade debt** | | 14,900.00<br>Collateral:<br>0.00<br>Unsecured:<br>14,900.00 |
| **R.C. WHOLESALE MEATS, INC.**<br>215 58th Street<br>Brooklyn, NY  11220 | | **Trade debt** | | 11,202.92 |
| **WELL LUCK CO., INC**<br>104 Harbor Drive<br>Jersey City, NJ  07305 | | **Trade debt** | | 10,430.01 |
| **Y2S TRADING**<br>31-09 Starr Avenue<br>Long Island City, NY  11101 | | **Trade debt** | | 9,989.55 |
| **FARM DEPOT INC.**<br>65 Frost Street<br>Brooklyn, NY  11211 | | **Trade debt** | | 9,824.15 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **EAST COAST EGG FARMERS**<br>**2500 83rd Street Buiding 6E-Bay 9B**<br>**North Bergen, NJ  07047** | **Trade debt** | **9,448.62** |
| **STRONG AMERICA LIMITED**<br>**2-39 54 Avenue**<br>**Long Island City, NY  11101** | **Trade debt** | **8,471.70** |
| **THE HAISEIN COMPANY**<br>**59-45 54th Street**<br>**Maspeth, NY  11378** | **Trade debt** | **8,075.65** |
| **Summit Import Corporation**<br>**100 Summit Place**<br>**Jersey City, NJ  07305** | **Trade debt** | **7,578.55** |
| **Capitalone**<br>**P.O. BOX 71083**<br>**Charlotrte, NC  28272** | **Trade debt** | **6,959.23** |
| **TMI Trading Corp**<br>**7 Bushwick Place**<br>**Brooklyn, NY  11206** | **Trade debt** | **6,753.05** |
| **MAXSUN Produce Corp.**<br>**58-51 Maspeth Ave**<br>**Maspeth, NY  11378** | **Trade debt** | **6,504.50** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February  8, 2010**     Signature: ***/s/ Hung Cheng***

**Hung Cheng, President**
(Print Name and Title)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of New York

**IN RE:**

Case No. _____

**New Asian Supermarket Inc** _____ Chapter **11** _____

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 394,266.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 31,049.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 451,847.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 22 | $ 394,266.00 | $ 482,896.56 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** New Asian Supermarket Inc                    Case No. _____

Debtor(s)                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL**     **0.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** New Asian Supermarket Inc                                    Case No. _____

Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Capitalone Account # 7047045589**<br>**Chase Bank Account # 2904981632**<br>**Chase Bank Account #783619422** | C | 0.00<br>10.00<br>5,600.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

**IN RE** New Asian Supermarket Inc                                                                Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2008 ISUZU NPR DELV GAS ENGINE** | C | **28,000.00** |
| | | **6 electrical controll machine on the roof** | | **110,000.00** |
| | | **1 Meat Grinders** | | **1,995.00** |
| | | **1 Meat Saw 6614** | | **7,261.00** |
| | | **100 Baskets** | | **900.00** |
| | | **2  Door Glass Display Cooler** | | **5,000.00** |
| | | **2 Display Freeze** | | **7,000.00** |
| 30. Inventory. | | **2 Heat Wrap Units** | | **500.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**      Case No. _____

     Debtor(s)                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2 Ice Machine With 10000LBS Flaker | | 20,000.00 |
| | | 2 Prepared Food Display Meat Refrigerated Showcase | | 18,000.00 |
| | | 3 Assemble Open Freferator Showcase | | 32,000.00 |
| | | 3 Door Glass Display Cooler | | 7,500.00 |
| | | 3 Sets Stainless Steel Clean Table with 6 Pieces Cutting Board | | 12,000.00 |
| | | 3 Stell Hand Trolley | | 450.00 |
| | | 30 Knives for Meat Seafood Department Used | | 1,800.00 |
| | | 30 of Meat Steel Trays | | 1,500.00 |
| | | 4 Levels Lobster Tank with 2 Sets Romoter Filter | | 15,000.00 |
| | | 6 Scale of LP 1000 | | 12,000.00 |
| | | Basement 1 Working in Freezer With Door | | 0.00 |
| | | Basement 3 Working in Cooler With Door | | 0.00 |
| | | blackr | | 2,750.00 |
| | | Computer Cashier Scales | | 20,000.00 |
| | | goods | | 50,000.00 |
| | | One Powered Coonveyor | | 5,000.00 |
| | | open display freeze with slice door | | 2,000.00 |
| | | Slicers | | 0.00 |
| | | Stainless Steel Seafood Display Table With 6 Remote Filter System | | 28,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **394,266.00** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** New Asian Supermarket Inc _____  Case No. _____
  <span style="font-size:smaller">Debtor(s)</span>                                                        <span style="font-size:smaller">(If known)</span>

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **New Asian Supermarket Inc** _____ Case No. _____

_____

Debtor(s)            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A.A. Diversified H.V.A.C. & R.Inc.**<br>**172 Cook Street**<br>**Brooklyn, NY 11206** | | | **as of 12/28/2009**<br>**the Mechanic's Lien is against the title of property located at 136-17 Roosevelt Avenue, Flushing NY11354. The debtor is the tenant of the property.**<br><br>VALUE $ | | | | **14,900.00** | **14,900.00** |
| ACCOUNT NO. **5875741-001**<br><br>**GE Capital Solutions** | | | <br><br>VALUE $ **28,000.00** | | | | **16,149.42** | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

<u>  **0**  </u> continuation sheets attached

Subtotal (Total of this page) $ **31,049.42**   $ **14,900.00**

Total (Use only on last page) $ **31,049.42**   $ **14,900.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**IN RE** **New Asian Supermarket Inc**                              Case No. _____

_____

Debtor(s)                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____  **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** New Asian Supermarket Inc _____   Case No. _____
                                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**88 TRADING CORP.**<br>**58-29 48th Street**<br>**Maspeth, NY  11378** | | | **as of 12/28/2009** | | | | **1,011.25** |
| ACCOUNT NO. <br><br>**A H D Trading Corp.**<br>**505 Meserole Street**<br>**Brooklyn, NY  11237** | | | **as of 12/28/2009** | | | | **4,360.00** |
| ACCOUNT NO. <br><br>**AA USA TRADING INC** | | | **as of 12/28/2009** | | | | **164.00** |
| ACCOUNT NO. <br><br>**Anheuser-Busch Dist Of N.Y Inc**<br>**550 Food Center Drive**<br>**Bronx, NY  10474** | | | **as of 12/28/2009** | | | | **792.80** |

___**10**___ continuation sheets attached

Subtotal
(Total of this page)  $  **6,328.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

**IN RE** **New Asian Supermarket Inc**                                    Case No. _____
_____
Debtor(s)                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Best Choice Produce Inc.**<br>**307A Vandervoort Ave**<br>**Brooklyn, NY  11211** | | | **As of 12/28/2009** | | | | **16,537.45** |
| ACCOUNT NO.<br>**BLOOMING INPORT INC.**<br>**45 Bowne Street**<br>**Brooklyn, NY  11231** | | | **as of 12/28/2009** | | | | **3,404.00** |
| ACCOUNT NO.<br>**BO SAN INTERNAITONAL TRADING INC.**<br>**137 Industrial Ave**<br>**Hasbrouck Heights, NJ  07604** | | | **as of 12/28/2009** | | | | **609.60** |
| ACCOUNT NO.<br>**CA FIRST (NY) TRADING INC.**<br>**4120 2nd Avenue**<br>**Brooklyn, NY  11232** | | | **as of 12/28/2009** | | | | **240.00** |
| ACCOUNT NO. **5528-6973-8904-5621**<br>**Capitalone**<br>**P.O. BOX 71083**<br>**Charlotrte, NC  28272** | | | **As of 01/08/2010** | | | | **6,959.23** |
| ACCOUNT NO. **5528-6973-8689-6497**<br>**Capitalone**<br>**P.O.Box 71083**<br>**Charlotte, NC  28272** | | | **As of 02/2010** | | | | **1,300.00** |
| ACCOUNT NO. **4802-1370-3456-4825**<br>**Captialone**<br>**P.O.Box 71083**<br>**Charlotte, NC  28272** | | | **As of 12/20/2009** | | | | **5,707.43** |

Sheet no. ____**1**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **34,757.71**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**                                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5582-5086-3290-8486**<br>**Chase Bank**<br>**Cardmember Service P.O.Box 15153**<br>**Wilmington, DE  19886** | | | **As of 01/17/2010** | | | | **4,420.00** |
| ACCOUNT NO.<br>**China Buddist Association**<br>**136-12 39 Avenue**<br>**Flushing, NY  11354** | | | **as of 12/03/2009** | | | | **21,000.00** |
| ACCOUNT NO.<br>**Chow Trading Co Inc**<br>**5600 1st Ave, B-14**<br>**Brooklyn, NY  11220** | | | **as of 12/28/2009** | | | | **23,218.78** |
| ACCOUNT NO.<br>**Clearwater Fish Co**<br>**800 Food Center Drive Unit 63**<br>**Bronx, NY  10474** | | | **as of 12/28/2009** | | | | **5,002.67** |
| ACCOUNT NO.<br>**CNS TRADING INC**<br>**1348 63rd Street #1**<br>**Brooklyn, NY  11219** | | | **as of 12/28/2009** | | | | **852.50** |
| ACCOUNT NO.<br>**DOUBLE GREEN PRODUCE INC.**<br>**122 Kingsland Ave**<br>**Brooklyn, NY  11222** | | | **As of 12/28/2009** | | | | **1,986.40** |
| ACCOUNT NO.<br>**EAST COAST EGG FARMERS**<br>**2500 83rd Street Buiding 6E-Bay 9B**<br>**North Bergen, NJ  07047** | | | **as of 12/28/2009** | | | | **9,448.62** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **65,928.97**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** **New Asian Supermarket Inc**      Case No. _____
Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Emerald Seafood Inc.**<br>**800 Food Center Drive Unit 63**<br>**Bronx, NY 10474** | | | as of 12/28/2009 | | | | **270.00** |
| ACCOUNT NO.<br><br>**FARM DEPOT INC.**<br>**65 Frost Street**<br>**Brooklyn, NY 11211** | | | as of 12/28/2009 | | | | **9,824.15** |
| ACCOUNT NO.<br><br>**FELDMAN**<br>**7316 Avenue U**<br>**Brooklyn, NY 11234** | | | as of 12/28/2009 | | | | **1,645.00** |
| ACCOUNT NO.<br><br>**FOOD NATION**<br>**47-05 Metropolitan Ave**<br>**Ridgewood, NY 11385** | | | as of 12/28/2009 | | | | **24,577.47** |
| ACCOUNT NO.<br><br>**GOLD GREEN FRAM**<br>**36 Thornton Ave**<br>**Hammonton, NJ 08037** | | | as of 12/28/2009 | | | | **2,218.00** |
| ACCOUNT NO.<br><br>**HADSON TRADING CO., INC**<br>**57-18 Flushing Ave**<br>**Maspeth, NY 11378** | | | as of 12/28/2009 | | | | **3,678.95** |
| ACCOUNT NO.<br><br>**HEARTWOOD DAIRY**<br>**320 W Fordham Road**<br>**Bronx, NY** | | | as of 12/28/2009 | | | | **4,764.81** |

Sheet no. **3** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **46,978.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**      Case No. _____

Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Hitmark Republic Inc.** <br> **162 44th Street** <br> **Brooklyn, NY 11232** | | | as of 12/28/2009 | | | | 1,413.50 |
| ACCOUNT NO. <br><br> **HO WAN FRUIT CO., Inc.** <br> **55-30 46th Street** <br> **Maspeth, NY 11368** | | | as of 12/28/2009 | | | | 95,426.50 |
| ACCOUNT NO. <br><br> **J & J VALUE PACKING INC.** <br> **136-31 41St Avenue Suite 5C** <br> **Flushing, NY 11355** | | | as of 12/28/2009 | | | | 2,975.00 |
| ACCOUNT NO. <br><br> **KINGSLAND FOODS** <br> **310 Meserole Street** <br> **Brooklyn, NY 11206** | | | as of 12/28/2009 | | | | 1,773.22 |
| ACCOUNT NO. <br><br> **KONG KEE FOOD CORP** <br> **48-31 Van Dam Street** <br> **Lo9ng Island City, NY 11101** | | | as of 12/28/2009 | | | | 1,258.98 |
| ACCOUNT NO. <br><br> **Manthttan Beer Distributoers** <br> **400 Walnut Avenue** <br> **Bronx, NY 10454** | | | as of 12/28/2009 | | | | 347.85 |
| ACCOUNT NO. <br><br> **MAXSUN Produce Corp.** <br> **58-51 Maspeth Ave** <br> **Maspeth, NY 11378** | | | | | | | 6,504.50 |

Sheet no. **4** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **109,699.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**                                   Case No. _____

Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**MEAT CENTRE CO.**<br>**208 Centre Street** | | | as of 12/28/2009 | | | | 1,454.90 |
| ACCOUNT NO.<br><br>**Midori Trading Inc.**<br>**89-16 126th Street**<br>**Richmond Hill, NY  11418** | | | as of 12/28/2009 | | | | 1,108.20 |
| ACCOUNT NO.<br><br>**MON CHONG LOONG Trading Corp.**<br>**56-72 49th Place**<br>**Maspeth, NY  11378** | | | as of 12/28/2009 | | | | 4,231.90 |
| ACCOUNT NO.<br><br>**MR MUSHROOM, INC**<br>**273 Meserole Street**<br>**Brooklyn, NY  11206** | | | as of 12/28/2008 | | | | 1,250.25 |
| ACCOUNT NO.<br><br>**New Age Massive Marketing, Inc**<br>**1303 Randall Avenue**<br>**Bronx, NY  10474** | | | as of 12/28/2009 | | | | 969.00 |
| ACCOUNT NO.<br><br>**NEW SON YENG PRODUCE LLC**<br>**32 Beadel Street**<br>**Brooklyn, NY  11222** | | | as of 12/28/2009 | | | | 2,812.00 |
| ACCOUNT NO.<br><br>**Nishimoto Trading Co., Ltd**<br>**602 Washington Avenue**<br>**Carlstadt, NJ  07052** | | | as of 12/28/2009 | | | | 3,602.95 |

Sheet no. **5** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **15,429.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**                     Case No. _____
Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nishin Trading Inc.**<br>**890 Metropolitan Avenue**<br>**Brooklyn, NY 11211** | | | **as of 12/28/2009** | | | | 4,389.15 |
| ACCOUNT NO.<br>**North Landing Corporation**<br>**610 Brighton Road**<br>**Clifton, NJ 07012** | | | **as of 12/28/2009** | | | | 1,743.06 |
| ACCOUNT NO.<br>**NORTHERN FOOD I/E Inc.**<br>**385 West John Street**<br>**Hicksville, NY 11801** | | | **as of 12/28/2009** | | | | 1,768.00 |
| ACCOUNT NO.<br>**Number 8 Group Inc.**<br>**85-27 53rd Avenue**<br>**Elmhurst, NY 11373** | | | **as of 12/28/2009** | | | | 2,596.00 |
| ACCOUNT NO.<br>**Osean Inc.**<br>**129-03A 15th Avenue**<br>**College Point, NY 11356** | | | **as of 12/28/2009** | | | | 2,379.00 |
| ACCOUNT NO.<br>**Price Of Peace Ent., Inc.**<br>**3536 Arden Road** | | | **as of 12/28/2009** | | | | 5,294.90 |
| ACCOUNT NO.<br>**R.C. WHOLESALE MEATS, INC.**<br>**215 58th Street**<br>**Brooklyn, NY 11220** | | | **as of 12/28/2009** | | | | 11,202.92 |

Sheet no. **6** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 29,373.03

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**                                    Case No. _____
<u>Debtor(s)</u>                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**RED FLOWER LTD.** <br>**333 Cantor Avenue** <br>**Linden, NJ  07036** | | | as of 12/28/2009 | | | | 354.90 |
| ACCOUNT NO. <br><br>**ROCHDALE INSURANCE COMPANY RWC3159905** <br>**P.O.Box 31480** <br>**Cleveland, OH  44131** | | | as of 12/28/2009 | | | | 2,625.00 |
| ACCOUNT NO. <br><br>**ROYAL HUNAN SEAFOOD CORP.** <br>**5 Greek Lane** <br>**Edison, NJ  08817** | | | as of 12/28/2009 | | | | 21,190.68 |
| ACCOUNT NO. <br><br>**S&N TRADING INC.** <br>**2281 East 38th Street** <br>**Brooklyn, NY  11234** | | | as of 12/28/2009 | | | | 1,764.00 |
| ACCOUNT NO. <br><br>**SING WAH Live Poultry Market Inc.** <br>**114 Sackett Street** <br>**Brooklyn, NY  11231** | | | as of 12/28/2009 | | | | 1,907.95 |
| ACCOUNT NO. <br><br>**Southeast Produce, Ltd(Usa)** <br>**58-45 47th Street** <br>**Maspeth, NY  11378** | | | as of 12/28/2009 | | | | 21,463.50 |
| ACCOUNT NO. <br><br>**STRONG AMERICA LIMITED** <br>**2-39 54 Avenue** <br>**Long Island City, NY  11101** | | | as of 12/28/2009 | | | | 8,471.70 |

Sheet no. **7** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **57,777.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** New Asian Supermarket Inc _____ Case No. _____
<span style="margin-left:2em">Debtor(s)</span> (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Summit Import Corporation**<br>**100 Summit Place**<br>**Jersey City, NJ  07305** | | | as of 12/28/2009 | | | | 7,578.55 |
| ACCOUNT NO.<br><br>**Sun Beast Produce Inc.**<br>**67 Washington Ave**<br>**Brooklyn, NY  11205** | | | as of 12/28/2009 | | | | 1,430.00 |
| ACCOUNT NO.<br><br>**Super World Trading Inc.**<br>**1708 Flushing Avenue**<br>**Ridgewood, NY  11385** | | | as of 12/28/2009 | | | | 1,227.50 |
| ACCOUNT NO.<br><br>**Tay Shing Corp.**<br>**1 Allen Street**<br>**New York, NY  10002** | | | as of 12/28/2009 | | | | 816.00 |
| ACCOUNT NO.<br><br>**THE HAISEIN COMPANY**<br>**59-45 54th Street**<br>**Maspeth, NY  11378** | | | as of 12/28/2009 | | | | 8,075.65 |
| ACCOUNT NO.<br><br>**TIFFANY FOOD CORP**<br>**1182 Flushing Ave**<br>**Brooklyn, NY  11237** | | | as of 12/28/2009 | | | | 4,067.64 |
| ACCOUNT NO.<br><br>**TMI Trading Corp**<br>**7 Bushwick Place**<br>**Brooklyn, NY  11206** | | | as of 12/28/2009 | | | | 6,753.05 |

Sheet no. **8** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 29,948.39

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**                    Case No. _____

_____                                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**UNITED FRUIT & PRODUCE CORP INC.**<br>**681 Morgan Ave**<br>**Brooklyn, NY 11222** | | | **as of 12/28/2009** | | | | **21,060.00** |
| ACCOUNT NO.<br>**Utopia Produce Inc.**<br>**18 Grenpoint Avenue**<br>**Brooklyn, NY 11222** | | | **as of 12/28/2009** | | | | **2,598.50** |
| ACCOUNT NO.<br>**VERIZON**<br>**P.O.Box 15124**<br>**Albany, NY 12212** | | | **as of 12/28/2009** | | | | **722.06** |
| ACCOUNT NO.<br>**Walong Marketing, Inc**<br>**95 Caven Point Rd.,**<br>**Jersey City, NJ 07305** | | | **as of 12/28/2009** | | | | **5,749.71** |
| ACCOUNT NO.<br>**WELL LUCK CO., INC**<br>**104 Harbor Drive**<br>**Jersey City, NJ 07305** | | | **as of 12/28/2009** | | | | **10,430.01** |
| ACCOUNT NO.<br>**WEN'S FOOD INC**<br>**901 South Carey St**<br>**Baltimore, MD 21223** | | | **as of 12/28/2009** | | | | **299.00** |
| ACCOUNT NO.<br>**Y2S TRADING**<br>**31-09 Starr Avenue**<br>**Long Island City, NY 11101** | | | **as of 12/28/2009** | | | | **9,989.55** |

Sheet no. **9** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $ **50,848.83**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**                                      Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**YI HE HANG TRADING INC.**<br>**290 N. Henry Street**<br>**Greenpoint, NY 11222** | | | as of 12/28/2009 | | | | **2,387.30** |
| ACCOUNT NO.<br><br>**You Chang Trading** | | | as of 12/28/2009 | | | | **1,195.00** |
| ACCOUNT NO.<br><br>**You Chang Trading Inc**<br>**227 47th Street**<br>**Brooklyn, NY 11220** | | | as of 12/28/2009 | | | | **1,195.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **10** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,777.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **451,847.14**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** New Asian Supermarket Inc      Case No. _____
<br>_____ Debtor(s)          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **China Buddist Association**<br>**136-12 39 Avenue**<br>**Flushing, NY 11354** | **Landlord and Tenant Agreement** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **New Asian Supermarket Inc**      Case No. _____

Debtor(s)     (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **New Asian Supermarket Inc** _____  Case No. _____
                                       Debtor(s)                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
                                                                Debtor

Date: _____  Signature: _____
                                                    (Joint Debtor, if any)
                                       [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____  _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **New Asian Supermarket Inc** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**23**____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February  8, 2010** _____  Signature: ***/s/ Hung Cheng*** _____

                                  **Hung Cheng** _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of New York

IN RE:                                                Case No. _____

**New Asian Supermarket Inc** _____ Chapter **11**

                                Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### 1. Income from employment or operation of business

None ☑ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑ who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐ bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **NORTHERN FOOD I/E INC vs. NEW ASIAN SUPERMARKET INC Index No.: 60002 qsc 2010** | debt colection | **civil court of the city of new york small claims part** | |
| **Sing Wah Live Poultry Market Inc. vs. Hung Cheng d/b/a New Asian Supermarket** | Debt Collection | **civil court of the city of new york county of new york** | |
| **MAXUN PRODUCE CORP. vs. NEW ASIA SUPERMARKET INC D/B/A NEW ASIA MARKET Index No.: 007277/10** | Debt Collection | **civil court of the city of new york county of queens** | |
| **OSEAN INC vs. NEW ASIA SUPERMARKET INC Index No.: SCQ 60828/2009** | Debt Collection | **civil court of the city of new york sall clamis part 89-17 sutphin blvd-room 116, Jamacia NY 11435** | |
| **MICAROLE ENTERPRISES CORP. d/b/a KINGSLAND FOODS vs. NEW ASIAN SUPERMARKET INC. d/b/a NEW ASIA MARKET, Index No.: 007278/10** | Debt Collection | **civil court of the city of new york county of queens** | |
| **CHOW TRADING CO INC. vs. NEW ASIAN SUPERMARKET INC. INDEX NO.: 016588** | Debt collection | **civil court of new york city county of kings** | |
| **China Buddist Association vs. New Asian Supermarke Inc Doe, John and Doe, Jane and XYZ Corporation Index No.: 074406/2009** | Debt collection | **court of the state of new york county of queens** | |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑ the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

---

**6. Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑ (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and joint petition is not filed.)

---

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑ commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

## 18. Nature, location and name of business

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

| None | |
|---|---|
| ☑ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| None | |
|---|---|
| ☑ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| None | |
|---|---|
| ☑ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

| None | |
|---|---|
| ☑ | d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor. |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February  8, 2010**  Signature: **/s/ Hung Cheng**

**Hung Cheng, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of New York

IN RE:                                          Case No. _____

New Asian Supermarket Inc _____    Chapter **11** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **February 8, 2010** _____        ___/s/ Hung Cheng_____
                                                Debtor

                                                _____
                                                Joint Debtor

                                                ___/s/ Kevin K. Tung_____
                                                Attorney for Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

88 TRADING CORP
58-29 48TH STREET
MASPETH NY  11378


A H D TRADING CORP
505 MESEROLE STREET
BROOKLYN NY  11237


AA DIVERSIFIED HVAC & RINC
172 COOK STREET
BROOKLYN NY  11206


ANHEUSER-BUSCH DIST OF NY INC
550 FOOD CENTER DRIVE
BRONX NY  10474


BEST CHOICE PRODUCE INC
307A VANDERVOORT AVE
BROOKLYN NY  11211


BLOOMING INPORT INC
45 BOWNE STREET
BROOKLYN NY  11231


BO SAN INTERNAITONAL TRADING INC
137 INDUSTRIAL AVE
HASBROUCK HEIGHTS NJ  07604


CA FIRST (NY) TRADING INC
4120 2ND AVENUE
BROOKLYN NY  11232


CAPITALONE
PO BOX 71083
CHARLOTRTE NC  28272

```
CAPITALONE
POBOX 71083
CHARLOTTE NC  28272


CAPTIALONE
POBOX 71083
CHARLOTTE NC  28272


CHASE BANK
CARDMEMBER SERVICE POBOX 15153
WILMINGTON DE  19886


CHINA BUDDIST ASSOCIATION
136-12 39 AVENUE
FLUSHING NY  11354


CHOW TRADING CO INC
5600 1ST AVE B-14
BROOKLYN NY  11220


CLEARWATER FISH CO
800 FOOD CENTER DRIVE UNIT 63
BRONX NY  10474


CNS TRADING INC
1348 63RD STREET #1
BROOKLYN NY  11219


DOUBLE GREEN PRODUCE INC
122 KINGSLAND AVE
BROOKLYN NY  11222


EAST COAST EGG FARMERS
2500 83RD STREET BUIDING 6E-BAY 9B
NORTH BERGEN NJ  07047
```

EMERALD SEAFOOD INC
800 FOOD CENTER DRIVE UNIT 63
BRONX NY  10474


FARM DEPOT INC
65 FROST STREET
BROOKLYN NY  11211


FELDMAN
7316 AVENUE U
BROOKLYN NY  11234


FOOD NATION
47-05 METROPOLITAN AVE
RIDGEWOOD NY  11385


GOLD GREEN FRAM
36 THORNTON AVE
HAMMONTON NJ  08037


HADSON TRADING CO INC
57-18 FLUSHING AVE
MASPETH NY  11378


HITMARK REPUBLIC INC
162 44TH STREET
BROOKLYN NY  11232


HO WAN FRUIT CO INC
55-30 46TH STREET
MASPETH NY  11368


J & J VALUE PACKING INC
136-31 41ST AVENUE SUITE 5C
FLUSHING NY  11355

KINGSLAND FOODS
310 MESEROLE STREET
BROOKLYN NY  11206


KONG KEE FOOD CORP
48-31 VAN DAM STREET
LO9NG ISLAND CITY NY  11101


MANTHTTAN BEER DISTRIBUTOERS
400 WALNUT AVENUE
BRONX NY  10454


MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH NY  11378


MIDORI TRADING INC
89-16 126TH STREET
RICHMOND HILL NY  11418


MON CHONG LOONG TRADING CORP
56-72 49TH PLACE
MASPETH NY  11378


MR MUSHROOM INC
273 MESEROLE STREET
BROOKLYN NY  11206


NEW AGE MASSIVE MARKETING INC
1303 RANDALL AVENUE
BRONX NY  10474


NEW SON YENG PRODUCE LLC
32 BEADEL STREET
BROOKLYN NY  11222

NISHIMOTO TRADING CO LTD
602 WASHINGTON AVENUE
CARLSTADT NJ  07052


NISHIN TRADING INC
890 METROPOLITAN AVENUE
BROOKLYN NY  11211


NORTH LANDING CORPORATION
610 BRIGHTON ROAD
CLIFTON NJ  07012


NORTHERN FOOD I/E INC
385 WEST JOHN STREET
HICKSVILLE NY  11801


NUMBER 8 GROUP INC
85-27 53RD AVENUE
ELMHURST NY  11373


OSEAN INC
129-03A 15TH AVENUE
COLLEGE POINT NY  11356


RC WHOLESALE MEATS INC
215 58TH STREET
BROOKLYN NY  11220


RED FLOWER LTD
333 CANTOR AVENUE
LINDEN NJ  07036


ROCHDALE INSURANCE COMPANY RWC3159905
POBOX 31480
CLEVELAND OH  44131

```
ROYAL HUNAN SEAFOOD CORP
5 GREEK LANE
EDISON NJ  08817


S&N TRADING INC
2281 EAST 38TH STREET
BROOKLYN NY  11234


SING WAH LIVE POULTRY MARKET INC
114 SACKETT STREET
BROOKLYN NY  11231


SOUTHEAST PRODUCE LTD(USA)
58-45 47TH STREET
MASPETH NY  11378


STRONG AMERICA LIMITED
2-39 54 AVENUE
LONG ISLAND CITY NY  11101


SUMMIT IMPORT CORPORATION
100 SUMMIT PLACE
JERSEY CITY NJ  07305


SUN BEAST PRODUCE INC
67 WASHINGTON AVE
BROOKLYN NY  11205


SUPER WORLD TRADING INC
1708 FLUSHING AVENUE
RIDGEWOOD NY  11385


TAY SHING CORP
1 ALLEN STREET
NEW YORK NY  10002
```

THE HAISEIN COMPANY
59-45 54TH STREET
MASPETH NY  11378


TIFFANY FOOD CORP
1182 FLUSHING AVE
BROOKLYN NY  11237


TMI TRADING CORP
7 BUSHWICK PLACE
BROOKLYN NY  11206


UNITED FRUIT & PRODUCE CORP INC
681 MORGAN AVE
BROOKLYN NY  11222


UTOPIA PRODUCE INC
18 GRENPOINT AVENUE
BROOKLYN NY  11222


VERIZON
POBOX 15124
ALBANY NY  12212


WALONG MARKETING INC
95 CAVEN POINT RD
JERSEY CITY NJ  07305


WELL LUCK CO INC
104 HARBOR DRIVE
JERSEY CITY NJ  07305


WEN'S FOOD INC
901 SOUTH CAREY ST
BALTIMORE MD  21223

```
Y2S TRADING
31-09 STARR AVENUE
LONG ISLAND CITY NY  11101


YI HE HANG TRADING INC
290 N HENRY STREET
GREENPOINT NY  11222


YOU CHANG TRADING INC
227 47TH STREET
BROOKLYN NY  11220
```

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                                          Case No. _____

**New Asian Supermarket Inc** _____    Chapter **11** _____

                                Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,500.00**

     Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,000.00**

     Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **500.00**

2.   The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
     e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:
     **The fee for legal service does not cover the filing fee.**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 8, 2010**              **/s/ Kevin K. Tung**
_____      _____
           Date                                Signature of Attorney

                                  **Kevin Kerveng Tung, P.C.**
                                                   Name of Law Firm

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                                            Case No. _____

**New Asian Supermarket Inc** _____          Chapter **11** _____

Debtor(s)

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed " Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an intere st in property that was or is included in the property of another estate under 11 U.S.C. § 541(a) .]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. Case No.: _____      Judge: _____      District/Division: _____

Case still pending (Y/N): ____   *[If closed]* Date of closing: _____

Current status of related case: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

2. Case No.: _____      Judge: _____      District/Division: _____

Case still pending (Y/N): ____   *[If closed]* Date of closing: _____

Current status of related case: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# DISCLOSURE OF RELATED CASES (cont'd)

3. Case No.: _____ Judge: _____ District/Division: _____

Case still pending (Y/N): _____ [*If closed*] Date of closing: _____

Current status of related case: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __N__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Kevin K. Tung**                                    2/08/10 | **/s/ Hung Cheng**                                    2/08/10 |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| | |
| | **136-17 Roosevelt Avenue** |
| | Mailing Address of Debtor/Petitioner |
| | |
| | **Flushing, NY 11354** |
| | City, State, Zip Code |
| | |
| | _____ |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

**NOTE**: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only